**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CASE NO.:** 09–51609–NPO |
| Samuel Teklu | **CHAPTER** 13 |
| Rhonda English | |

**ORDER DISMISSING A JOINT DEBTOR**
**FOR FAILURE TO APPEAR AT THE MEETING OF CREDITORS**

   There came on to be heard this day the Court's own motion to dismiss **Rhonda English**, a joint debtor in the above numbered bankruptcy case.

   **INASMUCH** as the creditors meeting was set for **November 13, 2009**, and the joint debtor, **Rhonda English**, failed to appear as required under 11 U.S.C. Section 341;

   **IT IS THEREFORE ORDERED AND ADJUDGED** that **Rhonda English** is hereby dismissed for failure to appear at the meeting of creditors as required under 11 U.S.C. Section 341.

**Dated:**  November 16, 2009     **/s/Neil P. Olack**
                                   **United States Bankruptcy Judge**

odsmjo2