**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                            **CASE NO.:** 09−51609−NPO

Samuel Teklu                                            **CHAPTER** 13

Rhonda English

**ORDER DISMISSING A JOINT DEBTOR**
**FOR FAILURE TO APPEAR AT THE MEETING OF CREDITORS**

    There came on to be heard this day the Court's own motion to dismiss **Rhonda English**, a joint debtor in the above numbered bankruptcy case.

    **INASMUCH** as the creditors meeting was set for **November 13, 2009**, and the joint debtor, **Rhonda English**, failed to appear as required under 11 U.S.C. Section 341;

    **IT IS THEREFORE ORDERED AND ADJUDGED** that **Rhonda English** is hereby dismissed for failure to appear at the meeting of creditors as required under 11 U.S.C. Section 341.

    **Dated:**   November 16, 2009                        **/s/Neil P. Olack**
                                                                            **United States Bankruptcy Judge**

odsmjo2

# CERTIFICATE OF NOTICE

```
District/off: 0538-1           User: mmason              Page 1 of 1          Date Rcvd: Nov 16, 2009
Case: 09-51609                 Form ID: odsmjo2          Total Noticed: 2

The following entities were noticed by first class mail on Nov 18, 2009.
db/jdb        +Samuel Teklu,   Rhonda English,   5409 Sioux Dr.,   Ocean Springs, MS 39564-3503
cr            +U.S. Bank, N.A.,   c/o Michael Jedynak,   Morris & Associates,   2309 Oliver Rd.,
               Monroe, LA 71201-2932
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2009**                    **Signature:** *Joseph Speetjens*